# Court of Appeals
# of the State of Georgia

ATLANTA,  September 23, 2024

*The Court of Appeals hereby passes the following order:*

**A25A0138. ROGERS v. THE STATE.**

Ralph Junior Rogers filed a notice of appeal from the trial court's May 1, 2024 ruling in this matter. The appeal was docketed on August 7, 2024, and Rogers's brief of appellant was due 20 days later, on August 27, 2024. Rogers failed to file a brief by the deadline and never asked for an extension of time to file the brief. Accordingly, his appeal is hereby DISMISSED for failure to file a brief. See Court of Appeals Rule 23 (a).



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  09/23/2024*

    *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

    *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*